RICHARD L HOLCOMB (HI Bar No. 9177)
Holcomb Law, A Limited Liability Law Corporation
677 Ala Moana Blvd., Suite #614
Honolulu, HI 96813
Telephone: (808) 545-4040
Facsimile: (808) 356-1954
Email: rholcomblaw@live.com

ALAN BECK (HI Bar No. 9145)
Attorney at Law
4780 Governor Drive
San Diego, California 92122
Telephone: (808) 295-6733
Email: ngord2000@yahoo.com

KEVIN O'GRADY (HI Bar No. 8817)
The Law Office of Kevin O'Grady, LLC
1136 Union Mall, Suite #704
Honolulu, HI 96813
Telephone: (808) 521-3367
Facsimile: (808) 521-3369
Email: Kevin@criminalandmilitarydefensehawaii.com

Attorneys for Plaintiff Christopher Baker

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 29 2011
at /0 o'clock and 50 min, A M.
SUE BEITIA, CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CHRISTOPHER BAKER,<br><br>     Plaintiff,<br>vs.<br><br>LOUIS KEALOHA, as an individual and in his official capacity as Honolulu Chief of Police;<br>STATE OF HAWAII;<br>CITY AND COUNTY OF HONOLULU;<br>HONOLULU POLICE DEPARTMENT;<br>NEIL ABERCROMBIE, in his official capacity as Hawaii Governor,<br><br>     Defendants. | CASE NO. CV11-00513 SOM - RLP<br><br>NOTICE OF DISMISSAL PURSUANT TO RULE 41 OF THE FEDERAL RULES OF CIVIL PROCEDURE |

## NOTICE OF DISMISSAL PURSUANT TO RULE 41
## OF THE FEDERAL RULES OF CIVIL PROCEDURE

COMES NOW the Plaintiff, Christopher Baker, by and through the undersigned counsel, and files Notice, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, that he is dismissing this lawsuit. No opposing party has served an answer or motion for summary judgment. The suit has not been previously dismissed. Accordingly, Mr. Baker is entitled to dismiss this suit without an Order from the Court.

DATED: Honolulu, Hawaii, August 28, 2011.

_____
Richard L. Holcomb
Attorney for Plaintiff
Christopher Baker

ORIGINAL

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CHRISTOPHER BAKER, <br><br> Plaintiff, <br><br> vs. <br><br> LOUIS KEALOHA, as an individual and in his official capacity as Honolulu Chief of Police; <br> STATE OF HAWAII; <br> CITY AND COUNTY OF HONOLULU; <br> HONOLULU POLICE DEPARTMENT; <br> NEIL ABERCROMBIE, in his official capacity as Hawaii Governor, <br><br> Defendants. | CASE NO. CV11-00513 <br><br> CERTIFICATE OF SERVICE |

I hereby certify that on the date first written below, I duly served a true and exact copy of the foregoing document upon the following persons by hand-delivery, first class United States mail, postage prepaid, and/or by operation of this Court's electronic filing system on:

Louis Kealoha
Chief of Police
Honolulu Police Department
801 S. Beretania Street
Honolulu, HI 96813

Honolulu Police Department
801 S. Beretania Street
Honolulu, HI 96813

City and County of Honolulu
530 S. King Street
Honolulu, HI 96813

State of Hawaii
c/o David M. Louie
Attorney General
425 Queen Street
Honolulu, HI 96813

Hon. Neil Abercrombie
Governor, State of Hawai'i
Executive Chambers,
State Capitol
Honolulu, HI 96813

DATED: Honolulu, Hawai'i; August 28, 2011.

_____
Richard L. Holcomb
Attorney for Defendant
Christopher Baker